UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL SEMENDINGER,

                Plaintiff,

  -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 1291 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 21 ... ★

P.M. _____
TIME A.M. _____

      An Order of Honorable David G. Trager, United States District Judge, having been filed on June 13, 2005, affirming the decision of the Administrative Law Judge; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the decision of the Administrative Law Judge is affirmed; and that the plaintiff's complaint is dismissed.

Dated: Brooklyn, New York
       June 14, 2005

                                        s/Robert C. Heinemann
                                        ROBERT C. HEINEMANN
                                        Clerk of Court